# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIE WILLIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-CV-250 CAS |
| CAPE GIRARDEAU COUNTY JAIL, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of a document filed by plaintiff Willie Willis that the Court construes as a complaint against the Cape Girardeau County Jail. The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by pro se plaintiffs or petitioners should be filed on Court-provided forms"). Further, plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis along with a financial affidavit, although he has submitted an inmate account statement. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall mail to plaintiff a copy of the Court's Prisoner Civil Rights Complaint form.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail to plaintiff a copy of the Court's Motion to Proceed in Forma Pauperis - Prisoner Cases form.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form by **November 29**, **2018**. Plaintiff is advised that his amended complaint will take the place of his original complaint and will be the only pleading this Court will review.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis by **November 29, 2018**.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply fully and timely with this Order, the Court will dismiss this action without prejudice. If the case is dismissed for non-compliance with this Order, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

*/s/ Charles A. Shaw*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 30th day of October, 2018.