UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| WILLIE WILLIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:18-CV-250 CAS |
| CAPE GIRARDEAU COUNTY JAIL, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the return of unexecuted summons for defendants Charolette Unknown, Unknown Stevens, and Susan Unknown. (Docket Nos. 12, 13, 14). The United States Marshal's Service attempted service on each defendant at the Cape Girardeau County Jail, where plaintiff alleged the defendants were employed. The returns of service indicate that no known persons by the names plaintiff provided work at the jail. As a result, plaintiff will be given thirty (30) days in which to provide adequate information such that the defendants can be properly served.

Accordingly,

**IT IS HEREBY ORDERED** by **May 6, 2019,** plaintiff shall provide adequate information regarding defendants Charolette Unknown, Unknown Stevens, and Susan Unknown so that they can be served with process.

**IT IS FURTHER ORDERED** that plaintiff's failure to timely provide adequate information as to any defendant will result in the dismissal without prejudice of the claims against that defendant.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  5th  day of April, 2019.