UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| WILLIE WILLIS, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 1:18-CV-250 CAS |
| CAPE GIRARDEAU COUNTY JAIL, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On June 5, 2019, the Court directed the United States Marshal's Service to serve defendant Charolette Smith with summons in this matter. (Docket No. 23). Summons was returned executed on defendant Smith on June 26, 2019. (Docket No. 29). However, service appears to have been accomplished by leaving the summons and complaint with Captain James Mulcahy of the Cape Girardeau County Jail, while Captain Mulcahy was at the United States District Courthouse in Cape Girardeau.

At this point, defendant Smith has not filed an answer. As such, the Court will order that alias summons be issued as to defendant Charolette Smith at the Cape Girardeau County Jail. The Court will further order that the summons and complaint be hand delivered to defendant Smith.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue alias summons on the complaint to defendant Charolette Smith in her individual capacity as to plaintiff's claim of deliberate indifference to his medical needs.

**IT IS FURTHER ORDERED** that service shall be made by the U.S. Marshal's Service with specific instructions to serve defendant Charolette Smith at the Cape Girardeau County Jail.

**IT IS FURTHER ORDERED** that service shall be made by the U.S. Marshal's Service with specific instructions that the summons shall be given directly to defendant Smith.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  5th  day of August, 2019.