# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIE WILLIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:18-CV-00250 CAS |
| CAPE GIRARDEAU COUNTY JAIL, et al., | ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of defendant Charla Earnheart for leave to file an answer out of time. (Doc. 39). Upon review of the motion, the Court finds that it should be granted. Furthermore, the Court notes that plaintiff has misidentified defendant Earnheart by referring to her as "Charolette Smith" in his earlier filings. The Court will direct the Clerk of Court to substitute defendant Charla Earnheart for defendant Charolette Smith.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Charla Earnheart's motion for leave to file an answer out of time (Doc. 39) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to substitute defendant Charla Earnheart for defendant Charolette Smith.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 30th day of August, 2019.