UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| WILLIE WILLIS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 1:18 CV 250 RWS |
| CAPE GIRARDEAU COUNTY JAIL, et al., | ) ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on defendant's motion to compel and for an extension of time to complete discovery. Defendant moves to compel plaintiff to complete a medical authorization release form so that she can access plaintiff's medical records. Plaintiff provided her a letter stating that she had permission to do so, but defendant contends that this letter is insufficient. I will therefore order defendant to provide plaintiff with an appropriate medical release form, which I will require plaintiff to complete and return to defendant. I will also grant the parties additional time to complete discovery and file dispositive motions. As for defendant's request to compel plaintiff to respond to her discovery requests, I will grant plaintiff an additional thirty (30) days to respond to these requests and will therefore deny the motion to compel discovery responses as prematurely filed. If plaintiff fails to provide responses, then defendant may refile her motion if

necessary. The Court notes, however, that defendant should be able to take plaintiff's deposition once she has secured his medical records.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for extension of time [49-2] is granted as follows: the discovery completion deadline in this case is extended to **June 30, 2020**, and dispositive motions in compliance with the case management order previously entered in this case [Doc. 42] must be filed not later than **July 30, 2020**. Opposition briefs shall be filed not later than **August 30, 2020**, and any reply brief may be filed not later than **September 9, 2020**.

**IT IS FURTHER ORDERED** that defendant's motion to compel [49-1] is granted only to the following extent: defendant will provide plaintiff with an appropriate medical release form within five (5) days of the date of this Memorandum and Order, and plaintiff must complete and return this form to defendant within twenty (20) days of its receipt. In all other respects, the motion to compel is denied without prejudice to being refiled if plaintiff fails to provide discovery responses in accordance with the time limits provided in this Memorandum and Order.

**IT IS FURTHER ORDERED** that plaintiff is granted an extension of time, up to and including **April 19, 2020** to provide written responses to defendant's discovery requests.

_____
RODNEWY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of March, 2020.