UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIE WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:18 CV 250 RWS |
| | ) | |
| CAPE GIRARDEAU COUNTY JAIL, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

As plaintiff has now filed with the Court a signed statement declaring under penalty of perjury that "everything I've wrote you all is very much true" [76], which would include his interrogatory answers,

**IT IS HEREBY ORDERED** that the Show Cause Order issued on September 11, 2020 is deemed satisfied and defendant's motion to dismiss [73] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of September, 2020.