UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIE WILLIS,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   vs.   )<br>   )<br>CAPE GIRARDEAU COUNTY JAIL,   )<br>et al.,   )<br>   )<br>   Defendants.   ) | Case No. 1:18 CV 250 RWS |

## **MEMORANDUM AND ORDER**

On July 19, 2021 I ordered defendant to show cause why the Court should not rule defendant Charla Earnheart's motion for summary judgment as unopposed.  (Doc. 88).  Plaintiff responded that he is seeking legal counsel and asks the Court not to dismiss his case.  (Doc. 89).

The Court will grant plaintiff an additional 30 days to obtain legal counsel and respond to summary judgment.  If plaintiff does not have legal counsel by that date, he must file a pro se opposition to summary judgment or the motion will be ruled without further notice from the Court.  If counsel enters an appearance on behalf of plaintiff within that time period, the Court will consider, if requested, granting a further extension of time to give counsel sufficient opportunity to review the file and file an opposition to summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that **plaintiff shall either have counsel enter an appearance on his behalf and file an opposition to summary judgment or request an extension of time to so by August 30, 2021.  If no counsel enters an appearance on plaintiff's behalf by August 30, 2021, plaintiff must file a pro se opposition to summary judgment by August 30, 201 or the Court will rule on defendant's motion for summary judgment as unopposed without further notice from this Court.**

                                                   _____
                                                   RODNEY W. SIPPEL
                                                   UNITED STATES DISTRICT JUDGE

Dated this 30th day of July, 2021.